SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Gregory Kerr

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **GREGORY KERR,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, et. al.,<br><br>　　　　　　Defendants. | Case No.: 5:17-cv-04073-BLF<br><br>STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Gregory Kerr and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

DATED: August 13, 2018                Sagaria Law, P.C.

                                      By:    */s/ Elliot W. Gale*
                                              Elliot W. Gale
                                      Attorneys for Plaintiff
                                      Gregory Kerr

DATED: August 13, 2018                Severson & Werson APC


                                      By:    */s/ Courtney C. Wenrick*
                                              Courtney C. Wenrick
                                      Attorneys for Defendant
                                      Wells Fargo Bank, National Association


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Courtney C. Wenrick has concurred in this filing.

*/s/ Elliot Gale*


# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 14, 2018                _____
                                      BETH L. FREEMAN
                                      UNITED STATES DISTRICT JUDGE